# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

January 26, 2026

Natalie Rose Peters
PO Box 51
Wales, WI 93183-0051

    Re:    **Peters v. Waukesha County Circuit Court et al**
                **Case No. 26-cv-124**

Dear Natalie Rose Peters:

This case has been assigned to US Magistrate Judge William E. Duffin, who presides in the Milwaukee Division of the Court. Please mail all future filings for this case to: United States District Court, Office of the Clerk, 517 East Wisconsin Avenue, Room 362, Milwaukee, Wisconsin 53202.

Enclosed please find a form regarding magistrate judge jurisdiction for your consideration. This form must be returned to the Court within 21 days of the date of this letter.

The court will communicate with you through the mail. If your mailing address changes while this case is pending, you must immediately notify the court. <u>Failure to do so may result in the dismissal of your case without further notice.</u>

                Very truly yours,

                LINDA M. KLEMM
                Clerk of Court

                s/Lisa U.
                Deputy Clerk